IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. 3:25-cr-117 |
| MARIO RAUL GARCIA-LOPEZ | Violation: 8 U.S.C. § 1326(a) |

**Reentry of Deported Alien**

The Grand Jury Charges:

On or about May 11, 2025, in the District of North Dakota,

MARIO RAUL GARCIA-LOPEZ,

an alien who had previously been excluded, deported, and removed from the United

States, knowingly and unlawfully was found in the United States without first obtaining

the consent of the Attorney General of the United States or his successor, the Secretary of

Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557), to

reapply for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Jennifer Klemetsrud Puhl
JENNIFER KLEMETSRUD PUHL
Acting United States Attorney

AJS/ak